COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Cloteal Arlette Bryan v. Dr. Beverly Guillory Lewis

Appellate case number:   01-22-00653-CV

Trial court case number: 465451

Trial court:             Probate Court No 2 of Harris County

Appellant, Cloteal Arlette Bryan, proceeding pro se, filed a motion to dismiss his appeal of the final judgment signed on September 2, 2022. However, the motion does not include a certificate of service, indicating that the motion was served on the parties to the appeal or their counsel. *See* TEX. R. APP. P. 9.5(a) (requiring service of all documents), 9.5(d) (requiring all documents to include proof of service in form of acknowledgement of service by person served or certificate of service), 9.5(e) (requiring certificate of service to state date and manner of service; name and address of each person served; and, if person served is party's attorney, name of party represented by attorney). Further, the motion does not include a certificate of conference, indicating that Appellant conferred or attempted to confer with Appellee Dr. Beverly Guillory Lewis about the merits of the motion. *See* TEX. R. APP. P. 10.1(a)(5) (requiring motion to include certificate of conference). Therefore, we dismiss Appellant's motion to dismiss the appeal.

The Court will consider any future motion filed in compliance with the Texas Rules of Appellate Procedure.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually


Date: October 11, 2022